Office of Disciplinary Counsel v. Slavens.

[Cite as *Disciplinary Counsel v. Slavens* (1992), 63 Ohio St.3d 162.]

(No. 91–1741—Submitted November 5, 1991—Decided March 11, 1992.)

*J. Warren Bettis,* Disciplinary Counsel, and *Dianna L. Chesley,* for relator.
*William S. Slavens, pro se.*

*Per Curiam.* Our review of the record supports the board's findings and its recommendation. Therefore, we order that respondent be indefinitely suspended from the practice of law in Ohio with appropriate restitution to be

made prior to any application respondent files for reinstatement to the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Sweeney, Douglas and H. Brown, JJ., concur.

Holmes, Wright and Resnick, JJ., dissent and would disbar respondent.